

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  __10/5/2016__

September 29, 2016

Vincent N. Avallone
vincent.avallone@klgates.com

T +1 973 848 4027

**By ECF**

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re:  *Sacco v. STV Group, Incorporated*, Docket No. 16-cv-7055 (VEC)

Dear Judge Caproni:

This firm represents Defendant STV Group, Inc. in the above-referenced matter. I write to request an adjournment of the Initial Pretrial Conference scheduled for October 28, 2016 at 10:00 a.m. This adjournment is sought because I will be in England for another client matter from October 26, 2016 to November 2, 2016, and am thus unable to appear on October 28th. No prior requests for an adjournment of this Conference have been made, and Plaintiff's counsel consents to Defendant's request.

Counsel for both parties are currently available to appear for an Initial Pretrial Conference on November 4, 9, 11, 15, and 17, 2016. If Defendant's request for an adjournment is granted, Defendant also respectfully requests that the current deadline for the joint letter and discovery plan, October 21, 2016, be adjusted accordingly.

Thank you for Your Honor's consideration.

Respectfully submitted,

Vincent N. Avallone

cc:  Walker G. Harman, Jr., Counsel for Plaintiff [via ECF]

Request GRANTED. The initial pretrial conference currently scheduled for October 28, 2016 at 10:00 a.m. is ADJOURNED until November 4, 2016 at 10:00 a.m. The parties' deadline for filing their joint letter, as described in paragraph 2 of the September 28, 2016 Notice of Initial Pretrial Conference (Dkt. 5), is ADJOURNED until October 28, 2016.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
October 5, 2016

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ  07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Administrative Partner, New Jersey