UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SACCO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STV GROUP, INCORPORATED,<br><br>　　　　Defendant. | Case No. 16-cv-07055-VEC<br><br>Honorable Valerie E. Caproni, U.S.D.J.<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Vincent N. Avallone, Esq. of K&L Gates LLP, hereby enters his appearance in this action as counsel for Defendant STV Group, Incorporated and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: October 19, 2016

　　　　　　　　　　　　　　　　　　s/ Vincent N. Avallone
　　　　　　　　　　　　　　　　　　Vincent N. Avallone
　　　　　　　　　　　　　　　　　　**K&L GATES LLP**
　　　　　　　　　　　　　　　　　　One Newark Center, Tenth Floor
　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　Phone: (973) 848-4000
　　　　　　　　　　　　　　　　　　Fax: (973) 848-4001
　　　　　　　　　　　　　　　　　　Vincent.avallone@klgates.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*STV Group, Inc.*