**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, NJ 07102
Telephone: (973) 848-4000
Attorneys for Defendant
STV Group, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL SACCO, | Case No. 16-cv-07055-VEC |
| Plaintiff, | |
| v. | Honorable Valerie E. Caproni, U.S.D.J. |
| STV GROUP, INCORPORATED, | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant STV Group, Incorporated ("Defendant") states that it has no parent corporation and that no publicly held corporation owns ten percent or more of Defendant's stock.

          **K&L GATES LLP**
          Attorneys for Defendant
          STV Group, Inc.

          s/ Vincent N. Avallone
          Vincent N. Avallone
          One Newark Center- 10th Floor
          Newark, NJ 07102
          Telephone (973) 848-4000
          Fax (973)848-4001

Dated: October 20, 2016          Email: vincent.avallone@klgates.com

## CERTIFICATION OF SERVICE

This is to certify that Defendant's Rule 7.1 Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                            **K&L GATES LLP**
                                            Attorneys for Defendant
                                            STV Group, Inc.

                                            s/ Vincent N. Avallone
                                            Vincent N. Avallone
                                            One Newark Center- 10th Floor
                                            Newark, NJ 07102
                                            Telephone (973) 848-4000
                                            Fax (973)848-4001
Dated: October 20, 2016                    Email: vincent.avallone@klgates.com