AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Paul Sacco | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16 CV 7055 (VEC) |
| STV Group, Incorporated | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Paul Sacco

Date: __November 4, 2016__

s/ Edgar M. Rivera
*Attorney's signature*

Edgar M. Rivera (ER-1378)
*Printed name and bar number*

The Harman Firm, LLP
220 Fifth Avenue, Suite 900
New York, NY 10001
*Address*

erivera@theharmanfirm.com
*Email address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*Fax number*