```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
PAUL SACCO,

                        Plaintiff,

          -against-

STV GROUP, INCORPORATED,

                       Defendant.
-------------------------------------------------------------------- X

16-CV-7055 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        Pursuant to the November 4, 2016, Initial Pretrial Conference, IT IS HEREBY ORDERED THAT:

        1.     For the reasons stated during the November 4 court conference, discovery in this case is STAYED pending the parties' settlement conference with Magistrate Judge Freeman. If the settlement conference proves unproductive or unsuccessful, either party may request that the Court lift the stay on discovery.

        2.     Counsel for the parties will confer regarding the iPhone and iPad. If counsel cannot resolve the iPhone/iPad issue themselves, then counsel is directed to jointly call the Court to request resolution of the issue.

**SO ORDERED.**

Date: November 4, 2016
      New York, New York

_____
**VALERIE CAPRONI
United States District Judge**